

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Homer Garrison, Jr., Director
Department of Public Safety
Austin, Texas

Dear Sir:

Att'n: Mr. Ralph L. Buell, Chief
Certificate of Title Section

Opinion No. O-2028
Re: 1. Under the provisions of House
Bill 407, the Certificate of
Title Act, may the Department
issue a Certificate of Title
against an automotive vehicle
registered in another state
and not registered in Texas?

2. May the Department issue a Cer-
tificate of Title against an
automotive vehicle owned and
operated in Texas, but not re-
quired to be registered in
Texas?

We beg to acknowledge your request for an
opinion under date of March 1st, wherein you ask
the questions as set out above.

We believe that both your questions are con-
trolled by Section 60 of the Motor Vehicle Certifi-
cate of Title Act, being House Bill No. 407, Acts
1939, 46th Leg., which appears as Article 1436,
Vernon's Annotated Penal Code of Texas. Said Sec-
tion 60 reads as follows:

"The provisions of this Act shall not
apply to motor vehicles not required to be

Hon. Homer Garrison, Jr., Director, Page 2

registered or licensed under the laws of
this State then effective, nor to motor
vehicles owned or operated by the Federal
Government or any of its agencies, the
State of Texas, or any municipal govern-
ment unless such motor vehicle is sold to
a person required under this Act to pro-
cure a certificate of title, in which
event the provisions hereof shall be fully
operative as to such motor vehicle."

It is our opinion that the above quoted Sec-
tion 60 clearly contemplates that no Certificate of
Title shall be issued on any vehicle unless such ve-
hicle is registered in Texas. The fact that a vehicle
is registered in another state, does not of course
make it ineligible to be registered also in Texas.
It is our opinion that your department may not issue
a Certificate of Title on such vehicle registered in
another state until it is also first registered in
Texas.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By **Walter R. Koch**
Walter R. Koch
Assistant

WRK:ob

APPROVED MAR 15, 1940

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE